pd-0100-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/7/2015 4:26:46 PM
Accepted 4/8/2015 8:27:05 AM
ABEL ACOSTA
CLERK

No. PDs-100-15 & 101-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

OSMIN PERAZA, Appellant

v.

THE STATE OF TEXAS, Appellee

Appeal from Harris County

\* \* \* \* \*

**STATE PROSECUTING ATTORNEY'S**

**MOTION TO SUBSTITUTE COUNSEL**

\* \* \* \* \*

LISA C. McMINN
State Prosecuting Attorney
Bar I.D. No.13803300

P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512/463-1660 (Telephone)
512/463-5724 (Fax)

No. PDS-100-15 & 101-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

OSMIN PERAZA,                                                                    Appellant

v.

THE STATE OF TEXAS,                                                          Appellee


* * * * *

**STATE PROSECUTING ATTORNEY'S**

**MOTION TO SUBSTITUTE COUNSEL**

* * * * *

Comes now the State of Texas, by and through its State Prosecuting Attorney, and respectfully submits to the Court its Motion to Substitute Counsel in the above entitled and numbered cause.

The State's petition for discretionary review was filed by the Harris County District Attorney, pursuant to TEX. GOV'T CODE § 42.005(b) (a district or county attorney may assist the state prosecuting attorney in representing the state before the court of criminal appeals). This Court granted the State's petition on March 25, 2015, and ordered the State's brief to be filed on or before April 9, 2015. The undersigned and the Assistant Harris County District Attorney who filed the State's petition have

agreed that the State Prosecuting Attorney should file the State's brief and present

oral argument in this case.

## PRAYER

WHEREFORE, the State prays that its Motion to Substitute Counsel be granted

and that Lisa C. McMinn be substituted for Jessica Akins as counsel for the State.


Respectfully submitted,


/s/ Lisa C. McMinn
LISA C. McMINN
State Prosecuting Attorney
Bar I.D. No.13803300

P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512/463-1660 (Telephone)
512/463-5724 (Fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of April, 2015, the State's Motion

to substitute was served electronically on:


Jessica Akins
Assistant District Attorney
1201 Franklin, 13th Floor
Houston, Texas 77002
akins_jessica@dao.hctx.net

Jani Maselli Wood
Assistant Public Defender
1201 Franklin St, 13th Floor
Houston, Texas 77002
jani.maselli@pdo.hctx.net


/s/ Lisa C. McMinn
LISA C. McMINN
State Prosecuting Attorney